

FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0024

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0024

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

KOBY MARTELL,

     Defendant and Appellant.

**O R D E R**

Self-represented Appellant Koby Martell moves this Court, pursuant to M. R. Civ. P. 45, for a subpoena of his former counsel's disciplinary hearing transcript. Martell states that "the [t]ranscripts from the Disciplinary Council [a]re very Relevant to Show this High Court that [his counsel's] Performance Fell well below the Standards Required by the Sixth Amendment of the U.S. Constitution[.]"

Martell is appealing a November 23, 2020 Order on Defendant's Post-Conviction Filings, issued in the Seventh Judicial District Court, Prairie County.

Martell's motion is not well taken. The Montana Rules of Civil Procedure do not apply to this Court. M. R. Civ. P. 1. As an appellate court, this Court reviews the record, comprising the original papers and exhibits filed in the District Court. M. R. App. P. 8(1). We review the statement of issues, facts, and arguments as presented in the filed briefs. M. R. App. P. 9. We do not subpoena records or materials outside of a district court proceeding. Accordingly,

IT IS ORDERED that Martell's Motion for Subpoena is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Koby Martell along with a copy of this Court's Civil Appellate Handbook.

DATED this ⟶2nd day of March, 2021.

For the Court,

By _____
     Chief Justice